**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1311**

ELIZABETH ANN EL KASSEMY,

                    Plaintiff - Appellant,

          v.

TELVISTA, INCORPORATED,

                    Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:08-cv-00018-jlk-mfu)

Submitted:  June 22, 2009               Decided:  June 29, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elizabeth Ann El Kassemy, Appellant Pro Se.  Agnis Chandra Chakravorty, Frank Kenneth Friedman, WOODS ROGERS, PLC, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Ann El Kassemy appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  El Kassemy v. Telvista, Inc., No. 4:08-cv-00018-jlk-mfu (W.D. Va. Mar. 3, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2